IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **TERESA PAGE d/b/a PAY SERVICES** | § § | |
| v. | § § | CIVIL ACTION NO. 6:06-CV-393 |
| **AV and AMRO MERCHANT SERVICES, et al.** | § § § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations, has been presented for consideration (Doc. No. 26). The parties did not file any objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss for Plaintiff's Failure to State a Claim is **GRANTED**, and Defendants' Motion to Strike Complaint is also **GRANTED**.

**SIGNED this 6th day of September, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE